**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                                                                  Case No. **10-35657**
**Kodet, Janet Kay**                                                                    Chapter **13**
_____ Debtor(s)

**CHAPTER 13 PLAN**
Dated: **December 3, 2010** .

**1. PAYMENTS BY DEBTOR TO TRUSTEE** –
a. As of the date of this plan, the debtor has paid the trustee $ **0.00** .
b. After the date of this plan, the debtor will pay the trustee $ **varies**[1] per **month** for **36** months, beginning within 30 days after the filing of this plan for a total of $ **22,500.00**. The minimum plan length is ☒ 36 or ☐ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
c. The debtor will also pay the trustee: **n/a**
d. The debtor will pay the trustee a total of $ **22,500.00** [line 1(a) + line 1(b) + line 1(c)].
[1] **3 payments of $75.00 followed by 33 payments of $675.00**

**2. PAYMENTS BY TRUSTEE** – The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **2,250.00** , [line 1(d) x .10].

**3. ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** – The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of Months | TOTAL PAYMENTS |
|---|---|---|---|
| None | | | |
| TOTAL | | | 0.00 |

**4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** – The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| Creditor | Description of Property |
|---|---|
| None | |

**5. CLAIMS NOT IN DEFAULT** – Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor | Description of Claim |
|---|---|
| Esb/harley Davidson Cr | 2006 Harley Davidson FLHTCI Electra Glide Classic motorcycle |
| Toyota Financial Servi | 2006 Lexus RX330 (approximately 94,000 miles) |

**6. HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** – The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. All following entries are estimates. The trustee will pay the actual amounts of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL | | | | | 0.00 |

**7. CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e)]** – The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. All following entries are estimates, except for interest rate.

| Creditor | Amount of Default | Int. rate (if any) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL | | | | | | 0.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** – The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beginning in Month # | Monthly Payment | Number of Payments | Payments on Account of Claim | Adequate Protection from ¶ 3 | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | |
| TOTAL | | | | | | | | | 0.00 |

**9. PRIORITY CLAIMS** – The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates*. The trustee will pay the amounts actually allowed.

| Creditor | Estimate Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| Anderson & Associates, LLC | 1,500.00 | 250.00 | 1 | 6 | 1,500.00 |
| Internal Revenue Service | 1,600.00 | 266.67 | 6 | 6 | 1,600.00 |
| Minnesota Department of Revenue | 1,500.00 | 250.00 | 6 | 6 | 1,500.00 |
| TOTAL | | | | | 4,600.00 |

**10. SEPARATE CLASSES OF UNSECURED CREDITORS** – In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:
The trustee will pay the allowed claims of the following creditors. *All entries below are estimates*.

| Creditor | Int. Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL | | | | | | 0.00 |

**11. TIMELY FILED UNSECURED CREDITORS** – The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **15,650.00** [line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f), and 10(c)].
a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **27,426.00**.
b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **114,388.00**.
c. Total estimated unsecured claims are $ **141,814.00** [line 11(a) + line 11(b)].

**12. TARDILY-FILED UNSECURED CREDITORS** – All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

**13. OTHER PROVISIONS** – The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.
**1. Sold Harley in June 2008. Mr. James Cordell put $2000.00 down. Transferee makes monthly payments directly to Harley Davidson Motor Credit until the motorcycle paid in full. Once Harley is paid off Debtor will give the title to Transferee. Listed on Schedule B because debtor is still on title.**

**2. Debtor surrendered her homestead located at 10402 North Martha Lake Drive, Chisago City, Minnesota 55013; and legally described as follows: Lot 5, Block 2, North Shore of Martha Lake, Chisago County, State of Minnesota. First mortgage is held by Wells Fargo Home Mortgage. Second mortgage is held my Citifinanical. Any deficiency claim asserted will be treated as general unsecured debt.**

**3. Debtor Surrendered the 2007 Salem 395FKDS travel trailer. Any deficiency claim asserted will be treated as general unsecured debt.**

**4. Pusuant to 11 USC 1305 the IRS and MN DEPT OF REV, shall be allowed to file, and the trustee shall pay, post-petition claims for tax year 2010.**

**5. Proof of claims received after the deadline shall not be paid and discharged upon completion of plan.**

**14. SUMMARY OF PAYMENTS** –

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Trustee's Fee [Line2] | $ | **2,250.00** |
| Home Mortgage Defaults [Line 6(d)] | $ | **0.00** |
| Claims in Default [Line 8(d)] | $ | **0.00** |
| Other Secured Claims [Line 8(d)] | $ | **0.00** |
| Priority Claims [Line 9(f)] | $ | **4,600.00** |
| Separate Classes [Line 10(c)] | $ | **0.00** |
| Unsecured Creditors [Line 11] | $ | **15,650.00** |
| TOTAL [must equal Line 1(d)] | $ | **22,500.00** |

**Nicole Anderson 0336038**
**Anderson & Associates, LLC**
**1650 11th Ave SW, Suite 203**
**Forest Lake, MN  55025**
**(651) 464-8510**

Signed: */s/ Janet Kay Kodet*
　　　　　　　　　　DEBTOR

Signed: _____
　　　　　　　　DEBTOR (if joint case)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only